F I L E D
CLERK, U.S. DISTRICT COURT
5/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00220-ODW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| TILANA TONEY, | |
| Defendant. | |

The United States Attorney charges:

COUNTS ONE THROUGH FOUR

[18 U.S.C. § 1343]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant TILANA TONEY was employed as an escrow officer within the Central District of California.

2. Defendant TONEY was also the sole owner of business checking accounts for Reliable Resolve Processing Solutions, Inc. (the "RRPS Account"), and Legacy Development Resources (the "LDR Account").

B.  SCHEME TO DEFRAUD

3. Beginning on an unknown date, but no later than on or about June 25, 2018, and continuing through at least on or about August 26, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant TONEY, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud her clients as to material matters, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated, in substance, in the following manner:

   a. Defendant TONEY worked as an escrow officer at Company 1 and Company 2, and exercised control over multiple client escrow accounts.

   b. Defendant TONEY would wire monies out of the client escrow accounts to accounts she controlled including the RRPS Account and the LDR Account, without the clients' knowledge and authorization.

   c. Defendant TONEY would also cause checks to be drawn on the client escrow accounts, which she would then deposit, without the clients' knowledge and authorization, into accounts she controlled, including the RRPS Account and the LDR Account.

   d. Defendant TONEY attempted to conceal her fraud and embezzlement by creating sham companies, such as RRPS and LDR, that she controlled and would transfer money to.

5. As a result of defendant TONEY's fraudulent scheme, defendant TONEY caused the transfer of approximately $211,211.90 from her client escrow accounts to sham company bank accounts she

controlled, including the RRPS Account and the LDR Account, to which defendant TONEY knew she was not entitled.

C.   USE OF THE WIRES

6.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant TONEY caused the transmission of the following items by means of wire communications in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| ONE | 08/31/2018 | Interstate FedWire transfer of approximately $9,894 from an escrow account at Company 1 in California to the LDR Account |
| TWO | 04/23/2019 | Interstate FedWire transfer of approximately $32,000 from an escrow account at Company 2 to the LDR Account |

//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| THREE | 05/10/2019 | Interstate FedWire transfer of approximately $15,000 from an escrow account at Company 2 to the LDR Account |
| FOUR | 06/05/2019 | Interstate FedWire transfer of approximately $10,238.10 from an escrow account at Company 2 to the RRPS Account |

TRACY L. WILKISON
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Acting Chief, Major Frauds
Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds
Section

ALI MOGHADDAS
Assistant United States Attorney
Major Frauds Section